Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALESSANDRO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LINKEDIN CORPORATION., a Delaware corporation,<br><br>*Defendant.* | Case No.: 5:25-cv-00709-SVK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1 | Plaintiff Alessandro De La Torre ("Plaintiff") hereby files this notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing all claims asserted against Defendant LinkedIn Corporation in this action without prejudice.

Respectfully submitted,

Dated:     January 30, 2025          /s/ *Jared Lucky*
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.907.6645
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO.: 5:25-cv-00709-SVK